```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

ALAN L. HICKS,

    Plaintiff,

v.                                Civil Action No. 2:22-cv-00281

SANDRA MAY, Physicians Assistant;
PAMELA GIVENS, Hospital
Administrator; WEXFORD HEALTH
SOURCES, INC.; DONNIE AMES,
Superintendent; and MOUNT OLIVE
CORRECTIONAL CENTER AND JAIL,

    Defendants.

## ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on October 24, 2022; and the Magistrate Judge having recommended that the court dismiss Mount Olive Correctional Center and Jail as a defendant herein; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge be, and hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that Mount Olive Correctional Center and Jail be, and hereby is, dismissed from this action, and the caption of future documents filed herein shall exclude Mount Olive Correctional Center and Jail.

The Clerk is directed to transmit copies of this order to any unrepresented parties, all counsel of record, and the United States Magistrate Judge.

ENTER: November 21, 2022

John T. Copenhaver, Jr.
Senior United States District Judge